COMPLAINT UNDER 42 USC § 1983, CIVIL RIGHTS ACT-TDCJ-ID (REV. 7/97)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE _____ DISTRICT OF TEXAS**
**_____ DIVISION**

John Richard Smith 01321518
Plaintiff's name and ID Number

701 Harris County Jail
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

Ben Taub Hospital 1504 Ihud Loop Houston TX 77030
Defendant's name and address

Harris County Sheriff Department 701 N. San Jacinto
Defendant's name and address          Houston, TX 77002

_____
Defendant's name and address
(DO NOT USE "ET AL")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

1

LL-052-(06/04)
Δ

**FILING FEE AND IN FORMA PAUPERIS**

1.   In order for your complaint to be filed, it must be accompanied by the filing fee of $150.00.

2.   If you do not have the necessary funds to pay the filing fee in full at this time ,you may request permission to proceed *in forma pauperis*.   In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor.   You must also include a current six (6) month history of your Inmate Trust Account.   You can acquire the applications to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3.   28 U.S.C. 1915, as assembled by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee."   Thus, the Court is required to assess and when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $150 filing fee has been paid.

4.   If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account.   Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date.   Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion (s) for any other relief.   Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41, (b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A.   Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?                                                         __YES ✓NO

   B.   If your answer to "A" is "yes," describe each lawsuit in the space below.   (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1.   Approximate date of filing lawsuit: _____ N/A _____

      2.   Parties to previous lawsuit:

         Plaintiff(s) _____ N/A _____

         Defendants(s) _____ N/A _____

      3.   Court: (If federal, name the district; if state, name the county.) ___ N/A ___

      4.   Docket Number: _____ N/A _____

      5.   Name of judge to whom case was assigned: _____ N/A _____

      6.   Disposition: (Was the case dismissed, appealed, still pending?) _____ N/A _____

      7.   Approximate date of disposition: _____ N/A _____

2

LL-052-(06/04)
A

II.    PLACE OF PRESENT CONFINEMENT: _701 Harris County Sheriff Department_

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?   ✓ YES  __ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV.    PARTIES TO THIS SUIT:

A.   Name and address of plaintiff: _John Richard Smith_
    _701 N. San Jacinto  Harris County Sheriff Department_
    _Houston TX. 77002_

B.   Full name of each defendant, his official position, his place of employment, and his full _mailing_ address.

Defendant #1: _Harris County Sheriff Department Administration_
_701 N. San Jacinto Houston TX 77002_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_I suffered A injury that needs surgery and nothings been done_

Defendant #2: _Ben Taub Hospital Harris Health Administration_
_1504 Taub Loop Houston TX. 77030_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_I have A injury that needs surgery, that they refused to do, and its cause more injuries_

Defendant #3: _____

_____

riefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

3

LL-052-(06/04)
A

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen and who was involved. Describe how each defendant is involved. You need not give any legal or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

This Complaint that im Filing against BenTaub Hospital Harris County Health for Deliberate Indifference. At or around 7:30 AM on the day of 4-8-2014 in the gym of the Harris County Jail. I tore the achille tendon in my left leg. Docter Griffen in the medical department at the jail examined me, he said I had torn the tendon and would need surgery. I was sent to BenTaub Hospital at around 8:30 AM. The doctor there that examined me didn't do A M.R.I. but instead the doctor did errays and ran some test on me. The doctor said that the achills was torn and that I needed surgery. The next day they decide not to do the surgery, without doing A M.R.I. Without the M.R.I. it was not possible to know how to treat the injury. Over A year the injury has caused other injuries leaving me in pain and unable to walk.

RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$125.000 To Compensate me for A year of pain and suffering, and payment for reconstruction surgery

VII.   GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you gave ever used or been known by including any and all aliases:

John Richard Smith

B.  List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

01320528

VIII.  SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?    __YES  ✓NO

B.  If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
    1.  Court that imposed sanctions (if federal, give the district and division): ____N/A____
    2   Case Number: ____N/A____
    3.  Approximate date sanctions were imposed:____N/A____
    4.  Have the sanctions been lifted or otherwise satisfied?                    __YES  __NO

C.  Has any court ever warned or notified you that sanctions could be imposed?    __YES  ✓NO

# CERTIFICATE

I, John Richard Smith, do hereby certify that a true and correct copy of the foregoing Civil RIGHTS SUIT- Pursuant to Title 42 U.S.C 1983 has been served upon the defendant(s) by placing same in the U.S Mail, addressed to Ben Taub Hospital 1504 Taub Loop Houston TX 77030, Harris County Sheriff Department 701 N. San Jacinto Houston TX 77002 on 6-10-2015

John Richard Smith

# *Disciplinary and Grievance Section*

### *Date: 1/13/2015*

**To Inmate:** SMITH, JOHN RICHARD

**SPN#**     1321568

**Location**  JA09     3C1 06F

**FROM:**     Inmate Grievance Board

## Your complaint regarding
## MEDICAL SERVICES

has been received by the Grievance Board. After review, it has been determined this matter ***does not***  conform to criteria applicable to a grievable issue as outlined in the Inmate Handbook, but instead is a *Medical request*

Your request will be referred to a supervisor. No further action will be taken by the Grievance Board regarding this matter.

You are required to review and follow the approved Grievance procedure on all future complaints.

### *INMATE GRIEVANCE BOARD*

evance Board

form First
Statement

## STATEMENT OF CLAIM

I've been back to BenTaubon 4-8-2014, 4-24-2014, 5-21-2014, 4-14-2015, and 3-13-2015 but nothings been done

ES-0085-01-07
ES-0085-01-07

# STATEMENT OF CLAIM

This complaint that I'm filing against BenTaub Hospital Harris County Health for Deliberate Indifference. At or around 7:30 AM on the day of 4-8-2014 in the gym of the Harris County Jail, I tore the achills tendon in my left leg. Doctor Griffen in the medical department at the jail examined me, he said I had torn the tendon and would need surgery. I was sent to BenTaub Hospital at around 8:30 AM / The doctor there that examined me, didn't do A M.R.I. but instead the doctors did exrays and ran some test on me. The doctor said that the achills was torn and that I needed surgery. The next day they decided not to do the surgery, without doing A MRI. Without the MRI it was not possible to know how to treat the injury. Over A year the injury has caused other injurys leaving me in pain and unable to walk I've been back to BenTaub on 4-8-14, 4-24-14, 5-21-14, 4-14-15 and 3-13-15 but nothings been done

RELIEF? $125,000 To compensate me for over A year of pain and suffering and payment for reconstruction Surgery

GENERAL BackGround.

A.    John Richard Smith

List all T DCJ -10

    01321568

# STATEMENT OF CLAIM

This complaint that i'm filing against Ben Taub Hospital Harris County Health for Deliberate Indifference. At or around 7:30 AM on the day of 4-8-2014 in the gym of the Harris County Jail I tore the achills tendon in my left leg. Doctor Griffen in the medical department at the jail examined me, he said I had torn the tendon and would need surgery. I was sent to Ben Taub Hospital at around 8:30 A The doctors there that examined me, didnt do A MRI. but instead the doctors did exrays and ran some test on me. The doctors said that the achills was torn and that I needed surgery. The next day they decided not to do the surgery. without doing A M.R.I. Without the MRI it was not possible to know how to treat the injury. Over A year the injury has caused other injuries leaving me in pain and unable to walk. I've been back to Ben Taub on 4-8-14, 4-24-14, 5-24,14, 4-14-15, and 3-13-15 but nothings been done

RELIEF: $125.000 To compensate me for over A year of pain and suffering and payment for reconstruction surgery.

A GENERAL Back Ground
                John Richard Smith

    List all TDCJ - ID
            01321568

# STATEMENT OF CLAIM

This complaint that im filing against BenTauB Hospital Harris County Health for Deliberate Indifference. At or around 7:30 AM on the day of 4-8-2014 in the gym of the Harris County Jail I tore the achills tendon in my left leg. Doctor Griffen in the medical department at the jail exmined me, he said I had torn the tendon and would need surgery. I was sent to BenTauB Hospital at around 8:30 AM The doctor there that examined me, did't do A. M.R.I but instead the doctor did X ray and ran some test on me. The doctor said that the achills was torn and that I needed surgery The next day they decided not to do the surgery, without doing A MRI. Without the MRI it was not possible to know how to treat the injury. Over A year the injury has cause other injuries leaving me in pain and unable to walk. I've been to BenTauBon 4-8-14, 4-24-14 5-21-14, 4-14-15, and 3-13-15 but nothings been done

RELIEF: $115000 To compensate me for over A year of pain and suffering and payment for reconstruction surgery

GENERAL Back Ground
     John Richard Smith

List all TDCJ-ID
     01321568

STATEMENT OF CLAIM

This complaint that im filing againt the Harris County Sheriff Department on Deliberate Indifference. At or around 7:30 Am on the day 4-8-2014 in the gym of Harris County 701 Jail I tore the achilles tenden in my left leg. Doctor Griffen in the medical department of the jail examined me. He said I had torn the tenden and would need surgery. I was sent to Ben Taub Hospital, but ather A day there they decided they didnt want to risk A surgery and sent me back to the jail without doing A .M.R.I to see how much damage was done to the tenden. Over time while in the care of the County Jail my medical needs have been over looked. Its been over A year that i've had A injury that can only be fixed by having surgery. but the doctors in the jail have not taken any steps to try and correct this. With the first injury never being taken care of it has caused problems in other parts of my leg leaving me in extreme pain and unable to walk. I've filed complaints over and over again, but nothing is being done. Ben Taub is refusing to do the surgery, and the County jail is refusing to send me to another Hospital. I've went months in pain without any pain medication and any treatment. and no ones doing any thing

GENERAL BackGROUND
A, John Richard Smith

LIST All TDCJ-ID
B, 01321568
RELIEF : $125.000 To conpensate me for over A year of pain and suffering ng and payment for reconstruction surgery

STATEMENT OF CLAIM

This complaint that I'm filing against the Harris County Sheriff Department for Deliberate Indifference. At or around 7:30 Am on the day 4-8-2014 in the gym of Harris County 701 Jail I tore the achilles tendon in my left leg. Doctor Griffen in the medical department of the jail examined me, He said I had torn the tendon and would need surgery I was sent to Ben Taub Hospital but after A day there they decided they didn't want to risk A surgery, and sent me back to the jail without doing A MRI to see how much damage was done to the tendon. Over time while in the of the County jail my medical needs have been over looked. Its been over A year that I've had A injury that can only be fix by having surgery. But the doctors in the jail have not taking any steps to try and correct this. By the first injury never being taken care of, it has cause problems in other parts of my leg leaving me in extreme pain and unable to walk. I've filed complaints over and over again, but nothing is being done. Ben Taub is refusing to do the surgery, and the County jail is refusing to do the surgery, and the County jail is refusing to send me to another Hospital. I've went months in without any pain medication and no one will do any thing about.

RELIEF: $125,000 To compensate me for over A year of pain and suffering and payment for reconstruction surgery.

A. GENERAL BACKGROUND

John Richard Smith

B List all TDCJ-ID

01321568

# STATEMENT OF CLAIM

This complaint that im filing against Harris County Sheriff Department of Deliberate Indifference. At or around 7:30 AM on the day 4-8-2014 in the gym of Harris County 701 Jail. i tore the achilles tendon in my left leg. Doctor Griffen in the medical department of the jail examined me. He said i had torn the tendon and would need surgery. I was sent to Ben Taub hospital, but after A day there they decide they didn't want to risk A surgery. and sent me back to the jail without doing A MRI to see how much damage was done to the tendon. Over time while in the care of the County jail my medical needs have been over looked. Its been over A year that ive had A injury that can only be fix by have surgery. But the doctors in the jail have not taken any steps to try and correct this. By the first injury never being taken care of it has cause problems in other parts of my leg leaving me in extreme pain and unable to walk. I've filed complaints over and over again But nothing is being done. Ben Taub is refusing to do the surgery. and the County jail is refusing to send me to another Hospital. I've went months in pain without any pain medication and no one will do any thing about

RELIEF: $125,000 To compensate me for over A year of pain and suffering and payment for reconstruction surgery

A. GENERAL BackGround. John Richard Smith

B. List all TDCJ-ID 01321568